UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEN'S FOODS INC., <br><br> Plaintiff, <br><br> v. <br><br> JAYS FOODS, INC., <br><br> Defendant. | 04-12020 REK <br><br> CIVIL ACTION No. |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Ken's Foods Inc. is a privately held company. It has no parent corporation and no publicly held company owns 10% or more of its stock.

        KEN'S FOODS INC.
        By its attorneys,

        /s/ Jeremy Younkin
        Michael Boudett BBO # 558757
        Jeremy Younkin BBO # 654047
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210
        (617) 832-1000

September 17, 2004