UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEN'S FOODS INC., a Massachusetts Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAYS FOODS, INC., a Delaware Corporation,<br><br>Defendant. | C.A. No.: 04-CV-12020-REK |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Ken's Foods, Inc. hereby gives notice of the dismissal without prejudice of the claims against defendant Jays Foods, Inc. in the above-captioned matter.

Respectfully submitted,
KEN'S FOODS INC.,
By its attorneys,

_____
Michael Bouldett (BBO No.558757)
Jeremy Younkin (BBO No. 654047)
FOLEY HOAG LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

Dated: December 1, 2004

FHBOSTON/1138277.1